**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6071**

———————

EARL S. COUSINS,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN, Warden; ATTORNEY GENERAL
OF THE STATE OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-97-
1075-L)

———————

Submitted:  March 23, 1999          Decided:  March 31, 1999

———————

Before HAMILTON, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Earl S. Cousins, Appellant Pro Se.  Ann Norman Bosse, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Earl S. Cousins appeals the district court's order denying his § 2254 petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Cousins v. Corcoran, No. CA-97-1075-L (D. Md. Jan. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED